IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00007

**JOSE APODACA**,

    Plaintiff,

v.

**CITY OF LAKEWOOD COLORADO**, Municipality;
**LAKEWOOD POLICE DEPARTMENT;**
**KEVIN PALLETA**, Chief of Police;
**ZBIGNIEW RICHARD KOSIK**, Police Officer; and
**ALICIA HARRIS,** Police Officer, in their individual and official capacities,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if appropriate, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

**ORDERED** that this case shall be drawn to a presiding judge and, if appropriate, to a magistrate judge. It is

DATED April 8, 2015, at Denver, Colorado.

                                        BY THE COURT:

                                        s/Gordon P. Gallagher
                                        GORDON P. GALLAGHER
                                        United States Magistrate Judge