IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00007-RM-KLM

JOSE M. APODACA,

    Plaintiff,

v.

CITY OF LAKEWOOD COLORADO (Municipality),
LAKEWOOD POLICE DEPARTMENT,
KEVIN PALLETA, (Chief of Police), in his individual and official capacities,
ZBIGNIEW RICHARD KOSIK, (Police Officer), in his individual and official capacities, and
ALICIA HARRIS, (Police Officer), in her individual and official capacities,

    Defendants.

_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Motion for Leave to File Amended Complaint** [#32][1] (the "Motion"). The Court has reviewed the proposed Third Amended Complaint [#32-1] submitted by Plaintiff and finds that the pleading should be accepted pursuant to Fed. R. Civ. P. 15(a)(2), which states in part that "[t]he court should freely give leave when justice so requires."

IT IS HEREBY **ORDERED** that the Motion [#32] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Clerk of Court shall accept Plaintiff's Third Amended Complaint [#32-1] for filing as of the date of this Minute Order.

IT IS FURTHER **ORDERED** that the Clerk of the Court shall provide the Third Amended Complaint to the U.S. Marshall for service on Defendants.

---

[1] "[#32]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.

IT IS FURTHER **ORDERED** that, once served, Defendants shall respond to the Third Amended Complaint in accordance with the Federal Rules of Civil Procedures.

Dated:  May 5, 2015